AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| WILDEARTH GUARDIANS<br><br>*Plaintiff(s)*<br>v.<br>AMANDA HOFFMAN, in her official capacity as field office manager; and the BUREAU OF LAND MANAGEMENT<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-745-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Amanda Hoffman, Field Office Manager, Cascades Field Office
    Bureau of Land Management, Northwest Oregon District
    1717 Fabry Road, SE
    Salem, OR 97306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Erin Hogan-Freemole
    WildEarth Guardians
    213 SW Ash St., Ste. 202
    Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN**, Clerk of Court

Date: 05/06/2025      By: s/R. Schellinger, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| WILDEARTH GUARDIANS <br><br> *Plaintiff(s)* <br><br> v. <br><br> AMANDA HOFFMAN, in her official capacity as field office manager; and the BUREAU OF LAND MANAGEMENT <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-745-SB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Bureau of Land Management
    1849 C Street NW
    Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Erin Hogan-Freemole
    WildEarth Guardians
    213 SW Ash St., Ste. 202
    Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 05/06/2025

By: s/R. Schellinger, Deputy Clerk